IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY SHANE NEWTON, | : | |
| Plaintiff, | : | Case No. 2:14-cv-1369 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Kemp |
| Defendant. | : | |

## OPINION & ORDER

On April 15, 2015, the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 17), recommending that the Court sustain the Plaintiff's statement of errors, and the case be remanded to the Commissioner of Social Security under Sentence Four of 42 U.S.C. § 405(g). The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. No objection has been filed.

Since neither party has objected, and the deadline for such objections elapsed on April 29, 2015, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. The decision of the Commissioner is hereby **REVERSED**. This action is **REMANDED** to the Commissioner for reconsideration in accordance with this Order.

**IT IS SO ORDERED.**

                                                s/ Algenon L. Marbley
                                                **ALGENON L. MARBLEY**
                                                **UNITED STATES DISTRICT JUDGE**

**DATED:  June 18, 2015**